# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2021

## NO. 03-19-00751-CV

**Sean Carter McCain, Appellant**

**v.**

**Elizabeth Mary McCain, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on October 1, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's judgment awarding appellee child-support arrearage of $5,923.55. Therefore, the Court reverses that portion of the trial court's judgment and renders judgment of $4,498.55 in arrearage against appellant. The Court affirms the remainder of the trial court's final SAPCR order and the trial court's post-judgment temporary order awarding appellee appellate attorney's fees. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.